# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5424**  **September Term, 2025**

1:25-cv-03345-UNA

**Filed On:** February 19, 2026

In re: Osei Harper,

      Petitioner

      **BEFORE:**   Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to proceed in forma pauperis, the petition for writ of mandamus and the notice of supplemental authority, and the motion to expedite, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the mandamus petition be dismissed in part and denied in part. On November 13, 2025, the district court entered an order granting petitioner's motion for leave to proceed in forma pauperis, denying his motion for a temporary restraining order, and dismissing his complaint without prejudice. Any request for this court to direct the district court to resolve those motions or that case is therefore moot, and the mandamus petition must be dismissed as such. See Porzecanski v. Azar, 943 F.3d 472, 479 (D.C. Cir. 2019). Petitioner's assertion that the district court's November 13 order was void ab initio is without merit. Insofar as the mandamus petition seeks any other relief, it is denied. Petitioner may not use mandamus as a substitute for the normal appeal process, see In re Flynn, 973 F.3d 74, 78-79 (D.C. Cir. 2020), and he has not shown a clear and indisputable right to any other relief, see Cheney v. U.S. Dist. Ct. for D.C., 542 U.S. 367, 380-81 (2004).

In addition, if the mandamus petition were construed as a notice of appeal and a motion for summary reversal of the district court's order, the court would deny the motion and summarily affirm. Petitioner has shown no error in the district court's conclusion that his complaint failed to comply with the minimum pleading standards set out in Federal Rule of Civil Procedure 8(a). It is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

           BY:    /s/
                       Selena R. Gancasz
                       Deputy Clerk